UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908) 704-8800
Attorney for the Debtor-in-Possession

In Re:

ProPhase Diagnostics, Inc.,

Debtor-in-Possession

Case No.: _____25-_____

Judge: _____

Chapter: _____11_____

Recommended Local Form:   ☑ Followed     ☐ Modified

# APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, ___ProPhase Diagnostics, Inc.___, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☑ Debtor:    ☑ Chap. 11    ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional  Thaddeus Maciag, Esq.  to serve as (check all that apply):

   ☑ Attorney for:    ☐ Trustee    ☑ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel

☐ Auctioneer ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   We have determined that Reorganization of the Debtor's financial affairs
   is necessary for the benefit of creditors and the debtor's estate, and a successful
   Reorganization can not be accomplished without an experienced Ch. 11 Attorney

4. The professional has been selected because:
   Thaddeus R. Maciag, Esq. of Maciag Law, LLC, has many years experience in
   Ch. 11 Reorganization cases, including as Lead Attorney for the Debtor-in-
   Possession in more than 100 Chapter 11 Reorganization cases

5. The professional services to be rendered are as follows:
   Provide legal services to the Debtor in this case, with the goal of achieving
   a successful Chapter 11 Reorganization.

6. The proposed arrangement for compensation is as follows:
   Retain attorney under a general retainer, to be compensated on an hourly
   basis (attorney $475, paralegal $125) upon application, review and approval by
   the Court

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☑ None

   ☑ Describe connection: pending Motion for Joint Administration of this case and two Affiliate cases, ProPhase Diagnostics NJ, Inc. and ProPhase Diagnostics NY, Inc.

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☑ does not hold an adverse interest to the estate.

   ☑ does not represent an adverse interest to the estate.

   ☑ is a disinterested person under 11 U.S.C. § 101(14).

   ☑ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:
   _____
   _____
   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:
   _____
   _____
   _____

3

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  09-21-2025                      /s/ Derek DeStefano
                                       Signature of Applicant

                                       Director, ProPhase Diagnostics, Inc.
                                       Name of Applicant

rev.6/1/06;jml

4