UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(B)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtor-in-Possession

In Re:

    ProPhase Diagnostics, Inc.,

              Debtor-in-Possession

Case No.:    25-_____

Judge: _____

Chapter:    11

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF
## APPLICATION FOR RETENTION OF PROFESSIONAL

I, __Thaddeus R. Maciag, Esq.__, being of full age, certify as follows:

    1.     I am seeking authorization to be retained as __Attorney for the Debtor-in-Possession__.

    2.     My professional credentials include: __Attorney at Law of N.J.; I have represented clients in more than 120 Ch. 11 Reorganization cases, including as Lead Attorney to the Debtor-in-Possession in more than 100 Chapter 11 reorganization cases__

    3.     I am a member of or associated with the firm of: __Maciag Law, LLC__
_____.

    4.     The proposed arrangement for compensation, including hourly rates, if applicable, is as follows __at our regular hourly rates, presently $475 for Thaddeus R. Maciag Esq., and $125 for paralegals, upon application to and approval by the Court.__
_____.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

    5.     To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐   None

☒   Describe connection: pending Motion for Joint Administration of this case and two Affiliate cases, ProPhase Diagnostics NJ, Inc. and ProPhase Diagnostics NY, Inc.

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐   None

☒   Describe Connection: None, other than as to the pending Motion for Joint Administration

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒   do not hold an adverse interest to the estate.

☒   do not represent an adverse interest to the estate.

☒   are disinterested under 11 U.S.C. § 101(14).

☒   do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐   Other.  Explain: _____

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: _____

2

    b.    The proposed method of calculation of my compensation, including rates and formulas, is: _____

_____

_____

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

    c.    The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _____

_____

_____

    d.    Have you, or a principal of your firm, been convicted of a criminal offense?

        ☒ No    ☐ Yes (explain below)

_____

_____

_____

    e.    I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

_____

_____

I certify under penalty of perjury that the above information is true.

Date: 9/21/2025 _____    /s/ Thaddeus R. Maciag_____
                                                                 Signature of Professional

*rev.8/1/15*