UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtor-in-Possession

In Re:

    ProPhase Diagnostics, Inc.,

           Debtor-in-Possession.

Case No.:     25-_____
Chapter:     11
Judge:     _____

**ORDER AUTHORIZING RETENTION OF**

_____Thaddeus R. Maciag Esq._____

The relief set forth on the following page is **ORDERED**.

Upon the applicant's request for authorization to retain ___Thaddeus R. Maciag Esq.___
as ___Attorney for the Debtor-in-Possession___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Maciag Law LLC
    475 Wall Street
    Princeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*