UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
Phone: (908)704-8800
Attorney for the Debtors

Order Filed on October 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ProPhase Diagnostics, Inc.
                    Debtors.
(Jointly Administered)

Case No.:    25-19836-CMG

Chapter:    11

Judge:    Gravelle

# ORDER AUTHORIZING RETENTION OF

Thaddeus R. Maciag Esq.

The relief set forth on the following page is **ORDERED**.

DATED: October 20, 2025

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Thaddeus R. Maciag Esq.
as  Attorney for the Jointly Administered Debtors , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Maciag Law LLC
   475 Wall Street
   Princeton, NJ 08540

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. All fees to Debtor's Attorney which are permitted to be paid in accord with Monthly Fee Statements or Applications for Allowances shall first be drawn down from the pre-petition retainer.

4. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

5. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*