UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thaddeus R. Maciag, Esq.
Maciag Law, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
Attorney for the Debtors

In Re:

ProPhase Diagnostics NJ, Inc., et al.,
                                    Debtors.
        (JOINTLY ADMINISTERED)

| | |
|---|---|
| Case No.: | 25-19833-CMG |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | 2/3/2026, 10:00am |
| Judge: | Gravelle |

## CERTIFICATION OF SERVICE

1.  I, _____ Mary Pixley _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____ Maciag Law LLC _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.      On _____ January 12, 2026 _____, I sent a copy of the following pleadings and/or documents
        to the parties listed in the chart below.

        Motion of the Jointly Administered Debtors to Extend Exclusivity Periods for Filing Chapter
        11 Plans and Disclosure Statements, with all supporting papers

3.      I certify under penalty of perjury that the above documents were sent using the mode of service
        indicated.

Date: _____ 1/12/2026 _____            /s/ Mary Pixley _____
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Dept of Justice<br>Office of the US Trustee<br>attn: Jeffrey M. Sponder, Esq<br>One Newark Center, Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph H. Lemkin<br>Stark & Stark<br>PO Box 5315<br>Princeton, NJ 08543 | Attorney for Drexel Distribution, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*