| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908) 704-8800<br>*Attorney for the Debtors* | |
| In re:<br><br>ProPhase Diagnostics, Inc.,<br><br>Debtor-in-Possession. | Case No.: **25-19836-CMG**<br>Chapter 11 Reorganization<br>Judge: Hon. Christine M. Gravelle |
| United States of America, New York State and the State of New Jersey, *ex rel.* PPFB, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>ProPhase Diagnostics, NJ, Inc., ProPhase Diagnostics, NY, Inc. and ProPhase Diagnostics, Inc.,<br><br>Defendants. | Adv. Proc. No.: **25-02528-CMG** |

**STIPULATION EXTENDING TIME TO ANSWER**

It is hereby stipulated and agreed to by Plaintiff and Defendants, by and through the signatures of their undersigned counsel, that Defendants' time to respond, answer or otherwise plead to Plaintiff's Complaint is extended to March 10, 2026.

Attorney for Plaintiff:

/s/ *Douglas J. McGill*
Douglas J. McGill, Esq.
WEBBER MCGILL LLC
100 E. Hanover Avenue, Suite 104
Cedar Knolls, New Jersey 07927
(973) 739-9559

Date: February 23, 2026

Attorney for the Debtors:

/s/ *Thaddeus R. Maciag*
Thaddeus Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800

Date: February 23, 2026