**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

**Order Filed on March 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

    ProPhase Diagnostics NJ, Inc.,

                Debtor.

Case No.: **#25-19833-CMG**
Chapter 11 Reorganization
Judge: Hon. Christine M. Gravelle

In re:

    ProPhase Diagnostics NY, Inc.,

                Debtor.

Case No.: **#25-19834-CMG**
Chapter 11 Reorganization
Judge: Hon. Christine M. Gravelle

In re:

    ProPhase Diagnostics, Inc.,

                Debtor.

Case No.: **#25-19836-CMG**
Chapter 11 Reorganization
Judge: Hon. Christine M. Gravelle

    (Jointly Administered)

Hearing Date: February 10, 2026

**ORDER
EXTENDING THE DEBTORS'
EXCLUSIVE PERIODS TO FILE PLANS OF REORGANIZATION
AND TO SOLICIT ACCEPTANCES THERETO**

    The relief set forth on the following pages, numbered two (2) through two (2), is hereby **ORDERED**.

**DATED: March 4, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having been opened to the Court by Thaddeus R. Maciag Esq., Maciag Law LLC, attorney for the jointly administered Debtors for entry of an Order extending the Debtors' exclusive periods to file a Plan of Reorganization and to solicit acceptances thereto, and this Court having considered any objections, if any, as may have been filed; and this Court having reviewed the papers submitted and considered the arguments of counsel; and good cause showing for the entry of this Order, it is

1.    The Motion is Granted.

2.    The Debtors' Exclusive Periods to file Plans of Reorganization pursuant to 11 U.S.C. §1121(c)(2) are extended to through and including May 21, 2026

3.    The Debtor's Exclusive Periods to solicit acceptances of same per  11 U.S.C. §1121(c)(3) are extended to through and including July 20, 2026.

4.    The Clerk shall enter this Order on the docket in each of the three Debtor cases.

5.    The extensions of the Exclusive Periods in this Order are without prejudice to the Debtor's right to seek further extensions of these periods.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

#        #        #

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 25-19836-CMG

ProPhase Diagnostics, Inc.                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ProPhase Diagnostics, Inc., 626 RXR Plaza, 6th floor, Uniondale, NY 11556-3829 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026        Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J. McGill | on behalf of Plaintiff United States  New York State and State of New Jersey ex rel. PPFB, LLC dmcgill@webbermcgill.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Thaddeus R. Maciag | on behalf of Defendant ProPhase Diagnostics  Inc. MaciagLaw1@aol.com |
| Thaddeus R. Maciag | on behalf of Debtor ProPhase Diagnostics  Inc. MaciagLaw1@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5