**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW JERSEY**

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800
*Attorney for the Debtors*

| | |
|---|---|
| In re:<br><br>    ProPhase Diagnostics, Inc.,<br><br>                               Debtor. | Case No.: 25-19836-CMG<br>Chapter 11 Reorganization<br>Judge: Gravelle<br>Hearing Date: n/a<br><br>(Jointly Administered;<br>*lead case: 25-19833-CMG*) |

**Amendments to**
**Summary of Assets & Liabilities,**
**and**
**Schedule A/B**

The above referenced schedules and documents of record are hereby amended, as filed herewith:

The above referenced schedules and documents of Debtor ProPhase Diagnostics, Inc. are hereby Amended as filed herewith:

(1)    *as to Summary of Assets & Liabilities* to reflect the Amendments here made to Schedule A/B, as described hereinbelow.

(3)    *as to Schedule A/B* at section 11, to reflect the updated analysis of Accounts Receivables as prepared by Crown Medical Collections LLC (Crown is a Court-appointed Professional in this case, per this Court's Order Authorizing Retention as entered by the Court November 13, 2025).

**DECLARATION AND VERIFIED STATEMENT OF NO OTHER CHANGES**

I, the authorized representative of the Debtor, hereby certify that this amendment is true and correct, and I hereby verify that the information contained in the Debtor's bankruptcy petition remains true and accurate, there being no material changes, additions or deletions to our petition and

schedules since the filing of the petition, except for those contained in the Amendments referenced hereinabove and attached hereto.

Date: March 22, 2026

/s/ Ted Karkus
Ted Karkus
CEO, ProPhase Diagnostics, Inc.

#        #        #

**Fill in this information to identify the case:**

Debtor name   ProPhase Diagnostics, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
■ Amended Schedule   Schedule AB
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 22, 2026**        X /s/ Ted Karkus
                                           Signature of individual signing on behalf of debtor

                                        **Ted Karkus**
                                        Printed name

                                        **CEO**
                                        Position or relationship to debtor

Official Form 202                 Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name      **ProPhase Diagnostics, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................................  $ **58,358,173.26**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................................  $ **58,358,173.26**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ **2,293,000.00**

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                              $ **2,293,000.00**

**Fill in this information to identify the case:**

Debtor name   **ProPhase Diagnostics, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property           12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Debtor     **ProPhase Diagnostics, Inc.**                                    Case number *(If known)* _____
           Name

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| | **Debtor is shareholder of ProPhase Diagnostics NJ, Inc.** | | | |
| 15.1. | **Debtor is shareholder of ProPhase Diagnostics NY, Inc.** | **100** % | **Liquidation** | **$58,357,673.26** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
        Describe:

17.     **Total of Part 4.**                                                         | **$58,357,673.26** |

        Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** office furniture and office equipment | **Unknown** | **Liquidation** | **$500.00** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collect bles

43.     **Total of Part 7.**                                                         | **$500.00** |
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **ProPhase Diagnostics, Inc.**                                    Case number *(If known)* _____
          Name

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor   **ProPhase Diagnostics, Inc.**_____   Case number *(If known)* _____
         Name

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $58,357,673.26 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................>  | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $58,358,173.26 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92     $58,358,173.26