UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 3, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**McMANIMON, SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(973) 622-1800
Joseph R. Zapata, Jr. (jzapata@msbnj.com)
*Counsel for ProPhase Diagnostics NJ, Inc., Debtor*

| | |
|---|---|
| In re:<br><br>PROPHASE DIAGNOSTICS, INC.,<br><br>Debtor. | Case No. 25-19836 (CMG)<br><br>Chapter 11<br><br>Honorable Christine M. Gravelle |

**ORDER AUTHORIZING RETENTION OF McMANIMON, SCOTLAND & BAUMANN, LLC, AS SUBSTITUTE ATTORNEYS FOR THE DEBTOR AND TERMINATING RETENTION OF THADDEUS R. MACIAG, ESQ.**
***Revised as of September 3, 2026***

The relief set forth on the following page is **ORDERED**.

**DATED: September 3, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain McManimon, Scotland & Baumann, LLC, as attorneys for the Debtor, ProPhase Diagnostics NJ, Inc., it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: 427 Riverview Plaza
   Trenton, New Jersey 08611

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).
3. The effective date of retention of McManimon, Scotland & Baumann, LLC is the date the application was filed with the Court.
4. Debtor, ProPhase Diagnostics NJ, Inc.'s retention of Thaddeus R. Maciag, Esq. as counsel (as authorized by the Order entered on October 20, 2025 [Dkt. No. 29] is terminated upon the effective date of the retention of McManimon, Scotland & Baumann, LLC.
5. This Order and Retention applies to the Lead Case, 25-19833-CMG, the related Jointly Administered cases, and all Associated Cases, including: Case #25-19833-CMG; Case #25-19834-CMG; Case #25-19836-CMG; Adv. Proc. 26-01208-CMG; Adv. Proc. 25-02526-CMG; Adv. Proc. 25-02527-CMG; and Adv. Proc. 25-02528-CMG. Upon entry of this Order, the Clerk shall post this Order on the Pacer dockets in each of those cases.